UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Case 1:20-cv-03512-KMW-AMD Document 1 Filed 04/02/20 Page 1 of 11 PageID:

DANTÉ QAADIR DAILEY

V.

LIEUTENANT ATKINSON (LIEUTENANT of S.I.S.)

COMPLAINT

Civil Action No.___

02/18/2020

# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Dante Qaadir Dailey

(Enter above the full name of the plaintiff in this action)

V.

David Ortiz (WARden)
J. Reyes (S.I.S. Tech)
R. Brinson (Unit MANAGER)
(SEE ATTACHED)

(Enter the full name of the defendant of defendants in this action)

COMPLAINT

Civil Action No. _____

(To be supplied by the Clerk of the Court)

RECEIVED

APR - 2 2020

AT 8:30_____M
WILLIAM T. WALSH
CLERK

---

## INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of    $50.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

---

02/18/2020

6.   If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.   If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.   Jurisdiction is asserted pursuant to (CHECK ONE)

____   42 U.S.C. §1983 (applies to state prisoners)

__✓__   Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.   Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

___ Convicted and sentenced state prisoner

_✓_ Convicted and sentenced federal prisoner

___ Other: (please explain)_____

02/18/2020

2.   Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.   Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s):_____

_____

b.   Court and docket number:_____

c.   Grounds for dismissal:  ( )   frivolous    ( ) malicious

( )   failure to state a claim upon which relief may be granted

d.   Approximate date of filing lawsuit:_____

e.   Approximate date of disposition:_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.   Place of Present Confinement? F.C.C. Allenwood Low

4.   Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.   Name of plaintiff: Dante Qaadir Dailey

02/18/2020

Address: P.O. Box 1000 White Deer, Pa 17887

Inmate#: 83713-083

b.    First defendant:

Name: J. Reyes

Official position: S.I.S Tech

Place of employment: F.C.I. Fort Dix

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

After I submitting an electronic Request (Grievance) for Remedy over the service of insufficient & stale dated food for Religious observance. J. Reyes in retaliation knowingly & willingly submitted a false incident report Accusing me of an assault which caused me to be housed in Administrative detention, caused my classification & transfered to a higher custody facility

c.    Second defendant:

Name: David Ortiz

Official position: Walden

Place of employment: F.C.I. Fort Dix

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

After learning of the D.H.O decision to expunge the incident report because he found it to be a false report. David Ortiz still allowed his administration to keep me in Administrative detention, put a management variable on me, & ship me to a higher custody facility

d.    If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

02/18/2020

d. Third defendant:

NAME: R. Brinson

Official position: Unit Manager

Place of employment: F.C.I. Fort Dix

How is this person involved in the case?

After learning of the D.H.O. decision to expunge the incident report because it became known that it was false. R. Brinson decided to place + management variable on me transfer me to higher custody facility

E. Fourth defendant

NAME : Lieutenant Atkinson

Official position : Lieutenant of S.I.S.

Place of employment : F.C.I. Fort Dix

How is this person involved in the case ?

HE actually ordered J. Reyes to write up & submitt the

falsified incident report & After learning of the D.H.O. decision to

expunge the report, HE tried to pressure the Allege victim to

say it was me.

02/18/2020

5.  I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

   ✓ Yes     ___ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

I SuBmitted a BP-8 (informal) to the Unit Manager At my Current facility but He wasn't ABle to Resolve the matter cause it Happened At Another facility; I filed a BP-9 and it was denied; I filed a BP-10 and it was denied; I filed a BP-11 And it was denied.

If your answer is "No," briefly explain why administrative remedies were not exhausted.

_____

_____

_____

_____

6.  Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

On May 17 2019 I was the Islamic Community leader when I submitted an electronic Request (grievance) for remedy over the service of insufficient and stale dated food for Religious observance (Ramadan). On May 25, 2019 officer Shompas prevented Muslim inmates from preparing the Religious morning meal; the facility had been on a security lock-down On May 26, 2019 C.O. Dillian Again blocked Muslim Inmates

02/18/2020

from preparing the morning Ramadan meal. That same day I asked numerous staff about the right of Muslim inmates to prepare our meals and engage in religious observance notwithstanding the institution's lock-down status. Lieutenant Lampley intervened and confirmed that we were entitled to prepare our meals. Lt. Lampley corrected C.O. Dillian in the presence of myself and others which precipitated an argument between Lt. Lampley and C.O. Dillian. On May 22, 2019 Inmate Henry Williams Reg No. (56200-019) was assaulted. The following day on May 23, 2019 S.I.S. administratively detained the following inmates in the investigation of the assault James Whitted (Reg No 59822-060); MuNin Muhammad (Reg No. 22873-050); Anthony Taylor (Reg No. 66398-066) And Harold Fitzgerald (Reg No. 05507-015). All In the Sentry classified as Muslims. On June 19, 2019 I was placed in administrative detention for investigation over the Williams assault. That same day S.I.S. Tech J. Reyes submitted an incident report accusing me of the assault. The incident report claimed that Inmate Williams had identified me as his attacker. The incident report was referred to D.H.O. Hampton. I was represented by Chaplain Gates who I advised to go speak with Inmate Williams the alleged victim, Inmate Williams submitted a statement to the D.H.O. confirming that he had never identified me as his attacker And had never provided a statement to such effect to S.I.S. Tech Reyes. He also stated that I had not been present at the assault & had nothing to do with the event. Prior to there ever being a hearing, D.H.O. Hampton expunged the incident report after receiving the letter from Inmate Williams. Warden David Ortiz, Lieutenant Atkinson, & Unit Manager K. Brinson (See Attached)

7. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like to be compensated for Actual damages, Nominal damages And punitive damages for pain & suffering, emotional & mental Anguish (PTSD) & for lost & capacity for the pleasure of life in the sum Amount of 10 million dollars. I would

6. Statement of Claims (cont.)

were informed of THE D.H.O.'s decision to expunge the incident Report that had been filed against me. These same three individuals had separately visited with Inmate Williams + were informed that Inmate Williams had never identified me as his attacker. In other words, all three staff knew that the provenance of the incident Report lodged by S.I.S. Tech Reyes was ill-founded. Notwithstanding that the incident Report had been expunged, prison staff did not permit me to Re-enter the prison camp population. Instead prison staff assigned a management variable + undertook to transfer me from the minimum-security prison camp at Fort Dix to the low security prison at F.C.C. Allenwood. The F.B.O.P. by and through members of its staff at F.C.I. Fort Dix Satellite Camp, intentionally inflicted extreme physical + emotional injury on me by falsely imprisoning me + Restraining me by force in the Special Housing Unit. These injuries were compounded when the same staff transferred me against my will from a minimum-security prison camp, to a higher security prison As A Result I was subjected to extreme psychological pressure+stress. I was previously diagnosed with post-traumatic stress disorder from a past assault, preceding my incarceration with the F.B.O.P., in which I was stabbed multiple times. Following this stabbing, I continue to experience severe anxiety, nervousness + paranoia. The injuries that I suffered in this incident have exacerbated my PTSD.

02/18/2020

like to sue DAvid Ortiz (wArden) in his officiAl + individual cApAcity. I would like to sue J. REYES (S.I.S. TECH) in his official + individual cApAcity. I would like to sue R. BrAnson (unit MAnAger) in his officiAl + individual cApAcity. I would like to sue Lieutenant Atkinson (Lieutenant of S.I.S.) in his officiAl + Individual cApAcity. All of the ABove mentioned nAmes Are employees of the F.B.O.P. F.C.I. Fort Dix fAcility.

8.   Do you request a jury or non-jury trial? (Check only one)

(✓) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30ᵗʰ day of MArch , 2020

_____
Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).