UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Case 1:20-cv-03542-KMW-AMD   Document 6   Filed 11/30/20   Page 1 of 13 PageID: 38

DANTÉ QAADIR DAILEY

V.

Lieutenant Atkinson (Lieutenant of S.I.S.)

COMPLAINT

Civil Action No.____

02/18/2020



FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

CASE NUMBER 1:20cCV-03542-NLH-AMD

Danté Qaadir Dailey

(Enter above the full name of the plaintiff in this action)

V.

David Ortiz (WARden)
J. Reyes (S.I.S. Tech)
R. Brinson (Unit MANAGER)
(SEE ATTACHED)

(Enter the full name of the defendant of defendants in this action)

AmEndEd COMPLAINT

Civil Action No. _____

RECEIVED
(To be supplied by the Clerk of the Court)

NOV 30 2020

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

## INSTRUCTIONS; READ CAREFULLY

1.     This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.     In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.     You must provide the full name of each defendant or defendants and where they can be found.

4.     You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.     Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of   $50.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

02/18/2020

6.     If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures  set forth in the application to proceed in forma pauperis.  See 28 U.S.C. §1915.  (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.     If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed.  The Clerk will prepare and issue a copy of the summons for each defendant.  The copies of summonses and the copies of the complaint  which you have submitted will be forwarded  by the Clerk to the United States Marshal, who is responsible for service.  The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant.  If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

### QUESTIONS TO BE ANSWERED

1a.   Jurisdiction is asserted pursuant to (CHECK ONE)

_____   42 U.S.C. §1983 (applies to state prisoners)

__✓__   Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.   Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

___ Convicted and sentenced state prisoner

_✓_ Convicted and sentenced federal prisoner

___ Other: (please explain)_____

02/18/2020

2.  Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.  Parties to previous lawsuit:

Plaintiff(s): Danté Qaadir Dailey

Defendant(s): WARDEN D. Ortiz, J. REYES, R. Benson, Lt. Atkinson

b.  Court and docket number: 1:20-CV-03542-NHL-AMD

c.  Grounds for dismissal:  ( ) frivolous   ( ) malicious

(✓) failure to state a claim upon which relief may be granted

d.  Approximate date of filing lawsuit: MARCH 2020

e.  Approximate date of disposition: MAY 2020

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.  Place of Present Confinement? F.C.C. Allenwood Low

4.  Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.  Name of plaintiff: Danté Qaadir Dailey

02/18/2020

Address: P.O. Box 1000 White Deer, Pa 17887

Inmate #: 83713-083

b.   First defendant:

Name: J. Reyes

Official position: S.I.S Tech

Place of employment: F.C.I. Fort Dix

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

After I submitting an electronic Request (Grievance) for Remedy over the service of insufficient & stale dated food for Religious observance. J. Reyes in Retaliation knowingly & willingly submitted a false incident Report Accusing me of an assault which caused me to be housed in Administrative detention, caused my classification & transferred to A Higher custody facility

c.   Second defendant:

Name: David Ortiz

Official position: Walden

Place of employment: F.C.I. Fort Dix

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

After learning of the D.H.O decision to expunge the incident Report because He found it to be a false Report. David Ortiz still Allowed His Administration to keep me in Administrative detention, put a management variable on me, & ship me to a Higher custody facility

d.   If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

02/18/2020

d. Third defendant :

NAME: R. Brinson

Official position :   Unit Manager

Place of employment: F.C.I. Fort Dix

How is this person involved in the case?

After learning of the D.H.O. decision to expunge the incident report

because it became known that it was false. R. Brinson decided to place

a management variable on me transfer me to higher custody facility

E. Fourth defendant

NAME: Lieutenant Atkinson

Official position: Lieutenant of S.I.S.

Place of employment: F.C.I. Fort Dix

How is this person involved in the case?

He actually ordered J. Reyes to write up & submit the

falsified incident report + After learning of the D.H.O. decision to

expunge the report, He tried to pressure the Allege victim to

say it was me.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

__✓__ Yes        ____ No

If your answer is "Yes", briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

I submitted a BP-8 (informal) to the Unit Manager at my current facility but he wasn't able to resolve the matter cause it happened at another facility; I filed a BP-9 and it was denied, I filed a BP-10 and it was denied, I filed a BP-11 and it was denied.

6. Statement of Claims

On May 17th, 2019 I was an inmate at F.C.I. Fort Dix Satellite Camp & the Islamic Community leader. During this period of time it was the month of Ramadan when I submitted an electronic request for remedy over the service of insufficient and stale dated food for our religious observance. Mr. Kent who was the food service officer express his dislike of me taking my matter & reporting my findings to his "higher ups". He express this disliking in front of three other staff members. This became a topic of discussion amongst the staff at Fort Dix & the inmates as well.

G. Statement of Claims Con't.

On May 22, 2019 Inmate Henry Williams (Reg No. 56290-019) was allegedly assaulted at F.C.I. Fort Dix Satellite Camp. On May 23, 2019 S.I.S. administratively detained the following inmates in the investigation of the assault: James Whittied (Reg.No 59822-0ww); Mu'Min Muhammad (Reg No. 22873-050) Anthony Taylor (Reg No. 44398-0ww); And Harold FitzGerald (Reg No. 05507-015). All Classified as Muslims in the federal sentry.

That same day Unit Manager R. Brunson, S.I.S Tech J. Reyes & S.I.S. Tech Salazar called me into the office to question me concerning the assault. I told them that I have no knowledge of what transpired. I told them that I was outside engaging in exercise & that they can check the outside camera's. R. Brunson & J. Reyes responded collectively saying "We knew you didn't have nothing to do with it but "we know" that "you know" who did! & since you don't want to cooperate with us we are going to put you on the list. R. Brunson then angrily told me to get out of his office.

On May 25th 2019 Officer Shompas prevented Muslim inmates from preparing our religious meals for Ramadan; the facility had been on a security lock down because of the assault (which is a act of discrim) On May 20th 2019 while the facility was still on lock down C.O. Dillian blocked Muslim inmates from preparing our religious meals. The Muslim community in it's totality was being blamed for this assault.

That same day I asked numerous staff about the right of Muslim inmates to prepare their religious meals & engage in religious observance notwithstanding the institution's lock down status.

6. Statement of Claims Cont. Pt. 2

Lt. Lampley intervened & confirmed that Muslim inmates were entitled to prepare their meals, & Lt. Lampley corrected. C.O. Dillian in the presence of myself & several Muslim inmates, which precipitated an argument between Lt. Lampley & C.O. Dillian. There was added tension because Lt. Lampley is African-American & other prison staff complained that Lt. Lampley was acting favorably toward Muslim inmates to the detriment of Caucasian & Non Muslim staff. The Next day. May 27th 2019 Muslim Inmates were allowed to prepare their meals while the facility was still on lock down. On June 19 2019 About a month later, I was placed in Administrative detention for Investigation over the Williams Assault of May 22, 2019. The Same S.I.S. tech J. Reyes who said "I need to control my men" & "I know you didn't have nothing to do with it" earlier that past month falsified a government document (incident report) on June 19 2019 which is the same day they placed me in the SHU. The falsified report stated that the victim identified me as his attacker when it was proven much later that the victim never made a statement to such effect. In other words the falsified incident report was used to detain me in the S.H.U. Not just An investigation. Before the revelation the incident report was referred to Disciplinary Hearing Officer Hampton. I was represented by Chaplain Gates who spoke separately with Inmate Williams who decided to submit a statement through the Chaplain to the D.H.O. confirming that he had never identified me as his attacker & never provided a statement to such effect to S.I.S. Tech J. Reyes.

## 6. Statement of Claims Cont. Pt. 3

Prior to there ever being a hearing, D.H.O. Hampton expunged the incident report that had been lodged by S.I.S. tech J. Reyes because he found it to be falsified without any merit. In learning of the expungement there was plenty of staff who was unhappy with the treatment of myself and the other Muslim inmates who's incident reports were expunge as well. S.I.S. tech Salazar + other staff came to my cell + informed me that the entire incident report had been a set up designed to frame me because of my complaints about the food service during Ramadan, for not cooperating with information that they thought I had concerning the assault, and staff wasn't happy about the argument between Lt. Lampley + C.O. Dillian which they blamed me for as well, just so happens an assault occurred during this time. S.I.S. tech Salazar also told me that he warned Lt. Atkinson + others to refrain from writing up meritless incident reports in situations unrelated to this one. Warden D. Ortiz, Lt Atkinson + Unit Manager R. Benson were informed of the D.H.O's decision to expunge the incident report because it was falsified, These same three individuals had separately visited with Inmate Williams. Lt Atkinson told him that he better accuse me of the assault or he was going to take his release date away which was in the near future. Inmate Williams told him that he didn't know me nor did I have anything to do with his assault + was released later on that month.

Notwithstanding that the incident report had been expunged, prison staff did not permit me to re enter the prison camp population. Instead I stayed in the S.H.U. for another 30 days,

## C. Statement of Claims Pt 4

WAS ASSIGNED A MANAGEMENT VARIABLE & transfered from the minimum security prison camp to a low security prison As A form of punishment & further Retaliation. There was NO valid reason for being placed in the S.H.U. & that can be proven by witness testimony, my F.O.I.A files & the fact that the incident report was falsified & expunged. I was targeted due to religious reasons being that I was the Islamic community leader/Representative, the assault Happened during the month of Ramadan & they thought the two was connected, & All the inmates that was falsely Accused is classified in the federal sentry As Muslims. I was retaliated & conspired against, denied due process for filing grievances and denied freedom to practice the observance of my religious holiday for two days. There was suspect timing of the investigation between filing the grievance & the falsified incident report (stale evidence being used). A month after the expungement I stayed in the S.H.U. for Another then transfered to A Higher custody facility. The F.B.O.P by and through members of it's staff At Fort Dix F.C.I. Satellite Camp, intentionally inflicted extreme physical & emotional injury on me by falsely imprisoning me in the S.H.U. for NO valid reason & restraining me by force in the S.H.U. These injuries were compounded when the same staff transfered me against my will from a minimum security prison camp to a Higher security prison for NO valid reason. As A result I was subjected to extreme psychological pressure & stress. I was previously diagnosed with post traumatic stress disorder from A past Assault, preceding my incarceration with the F.B.O.P. in which I was stabbed multiple times. Following this stabbing, I continue to experience sever Anxiety, nervousness & paranoia.

6. Statement of Claims Pt.5

These injuries that I suffered in this incident have exacerbated my P.T.S.D.

7. Relief

I would like to be compensated for actual damages, nominal damages and punitive damages for pain & suffering, emotional & mental anguish (PTSD) and for lost & capacity for the pleasure of life in the sum amount of 10 million dollars. I would like to sue David Ortiz (Warden) in his official & individual capacity. I would like to sue J. Reyes (S.I.S. Tech) in his official & individual capacity. I would like to sue R. Brinson (unit manager) in his official & individual capacity. I would like to sue Lieutenant Atkinson (Lt of S.I.S.) in his official & individual capacity. My 1st, 4th, 5th, 8th, and 14th Amendment rights were violated.

8. Do you request a jury or non-jury trial?

_____✓_____ Jury Trial              _____ Non Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30th day of October, 2020

Signature of Plaintiff